UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-20421-CR-SCOLA

UNITED STATES OF AMERICA

vs.

HEIDI CID
_____/

## HEIDI CID'S NOTICE OF APPEAL

Heidi Cid, the defendant in the instant case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Conviction Order (Doc.128) entered on December 5, 2024, including the Forfeiture Order (Doc. 125) incorporated as part of the final Judgment.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus
      dmarkus@markuslaw.com
      Florida Bar No. 119318

      /s/ A. Margot Moss
      A. Margot Moss
      mmoss@markuslaw.com
      Florida Bar No. 091780